IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA K. DUVALL                                                                 PLAINTIFF

V.                                      NO. 12-2199

CAROLYN W. COLVIN,[1]
Acting Commissioner of the Social Security Administration         DEFENDANT

**J U D G M E N T**

Now on this 5th day of August, 2013, comes on for consideration the Report and Recommendation dated July 15, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

   IT IS SO ORDERED.

                                                                /s/ Robert T. Dawson
                                                                HON. ROBERT T. DAWSON
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

AO72A
(Rev. 8/82)